## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2018, a copy of the foregoing Complaint was served via by hand on the below parties.

> DISTRICT OF COLUMBIA
> A Municipal Corporation
> One Judiciary Square
> 441 4th St., N.W., 6th Floor
> Washington, D.C. 20001

I hereby also certify that on the 16th day of August, 2018, a copy of the foregoing Complaint (including errata) was served by hand on the below parties:

> KARL RACINE, DC ATTORNEY GENERAL
> A Municipal Corporation
> One Judiciary Square
> 441 4th St., N.W., 6th Floor
> Washington, D.C. 20001
>
> MURIEL BOWSER, DC MAYOR
> A Municipal Corporation
> One Judiciary Square
> 441 4th St., N.W., 6th Floor
> Washington, D.C. 20001

Sarah E. Flohre
Supervising Attorney
Children's Law Center
501 3rd Street, NW, 8th Floor
Washington, D.C. 20001
Phone: (202) 467-4900 ext. 628
Fax: (202) 403-3285
sflohre@childrenslawcenter.org

16